**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Courtney Manus, Jermaine Jackson, and John Doe,
Defendants,

Of whom Jermaine Jackson is the Appellant,

In the interest of a minor under the age of eighteen.

Appellate Case No. 2013-001604

———————————

Appeal From Spartanburg County
Usha J. Bridges, Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-308
Submitted July 25, 2014 – Filed July 31, 2014

———————————

**AFFIRMED**

———————————

Richard Whitney Allen, of The Law Offices of Richard
W. Allen, L.L.C., of Laurens, for Appellant.

Kathryn Walsh Gooch, of the South Carolina Department
of Social Services, of Spartanburg, for Respondent.

Michael Todd Thigpen, of Spartanburg, for Guardian ad Litem.

---

**PER CURIAM:**  Jermaine Jackson appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.